**M.S., Petitioner,**

v.

**C.K.A. and J.H.A., Respondents.**

**No. 85SC52.**

Supreme Court of Colorado,
En Banc.

Aug. 19, 1985.

Petition for Writ of Certiorari DENIED.